IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA CYBER CHARTER SCHOOL, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 16-1790<br>) |
| PENNSYLVANIA CYBER SCHOOL EDUCATION ASSOCIATION, PSEA/NEA, | )<br>)<br>)<br>) |
| Defendant. | ) |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for the Pennsylvania Cyber School Education Association, PSEA/NEA, the Defendant in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.


<u>January 30, 2017</u>                               <u>  /s/ Leslie D. Kitsko                         </u>
Date                                                              Signature of Attorney or Litigant